IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK J. BRANDT,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 12-cv-385-wmc

JUDGE NEAL A. NIELSEN,

    Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

      /s/                                                          12/26/2013

Peter Oppeneer, Clerk of Court                      Date